ACCEPTED
15-25-00181-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
11/26/2025 3:04 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00181-CV

# In the Fifteenth Court of Appeals
# Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
11/26/2025 3:04:21 PM
CHRISTOPHER A. PRINE
Clerk

**Medhat S.F. Michael, M.D.,**

Appellant

v.

**Texas Medical Board,**

Appellee

Appeal from 201st Judicial District Court, Travis County, Texas
Trial Court Cause No. D-1-GN-17-002146
Hon. Amy Clark Meachum, Judge Presiding

## UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE FIFTEENTH COURT OF APPEALS:

Appellant Medhat S.F. Michael, M.D. requests a thirty-day extension of time for filing his brief.

1.     The record was filed on September 25, 2025. Appellant's brief is due November 26, 2025. This is Appellant's second request for an extension of time to file his brief.

2. The undersigned counsel was not involved in the underlying proceedings. Counsel needs sufficient time to review the appellate and administrative records and prepare a brief that will assist the Court in resolving this appeal.

3. The demands of other cases and conflicting deadlines also support the requested extension. These include:

- preparing a mandamus petition in the Supreme Court of Texas for No. 03-25-00057-CV in the Third Court of Appeals; *In re Stallion Texas Real Estate Fund, LLC, Austerra Texas Real Estate Fund, LLC, and Austerra Stable Income Fund, LP*;

- preparing a petition for review in No. 25-0662 in the Supreme Court of Texas; *Todd Heath v. Sunset Cliff Estates Road and Gate Maintenance, Inc.*;

- preparing a response to a motion for summary judgment Cause No. CV16121 in the 220th Judicial District Court of Comanche County, Texas; *Lakeside on the Colorado, Ltd. v. John H. Newman, as Trustee of the Bonnie Lou Irvin Marital Trust, John H. Newman, as Executor of the Estate of Bonnie Lou Irvin, and John H. Newman, Individually*;

- preparing a response and handling the hearing on a motion for summary judgment in Cause No. D-1-GN-24-003215 in the 455th Judicial District Court of Travis County, Texas; *Levi Bernard and Nadia Bernard, Individually and as Next Friends of R.B. and S.B., Minor Children v. St. David's Healthcare Partnership, L.P., LLP d/b/a St. David's North Austin Medical Center*;

- preparing appellant's brief in No. 03-25-00566-CV in the Third Court of Appeals; *William D. Shea v. Susan Chambers, as Executor of The Estate of Marilyn Crawford*;

- preparing appellant's brief in No. 08-25-00270-CV in the Eighth Court of Appeals; *Stallion Texas Real Estate Fund, LLC; Stallion Texas Real Estate Fund II – REIT, LLC; and Austerra Stable Income Fund, LP v. NEU Module Estates, LLC, Individually, and Derivatively on Behalf of NEU Development Fund, LLC; and NEU Community Creekside, LLC*; and

- preparing appellant's brief in No. 01-25-00278-CV in the First Court of Appeals; *Noble Capital Servicing, LLC v. House Mosaic Holdings, LLC*.

4. Appellee does not oppose the requested extension.

## CONCLUSION AND PRAYER

Appellant respectfully requests that the Court grant this motion and extend the deadline for filing appellant's brief to December 29, 2025.

Respectfully submitted,

By: */s/ D. Todd Smith*
D. Todd Smith
State Bar No. 00797451
todd@texappcounsel.com

TEXAS APPELLATE COUNSEL PLLC
P.O. Box 160157
Austin, Texas 78716
737.313.8556

*Counsel for Appellant
Medhat S.F. Michael, M.D.*

## CERTIFICATE OF CONFERENCE

I conferred with counsel for Appellee, Ted Ross, about this motion.

Mr. Ross informed me that Appellee does not oppose the relief requested.

_/s/ D. Todd Smith_
D. Todd Smith